# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-1577
Lower Tribunal No. 2018-CA-001639-O

_____

SAM AMBAR,

Appellant,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for RESIDENTIAL ASSET SECURITIZATION TRUST SERIES 2007-A3 MORTGAGE PASS-THROUGH CERTIFICATE SERIES 2007-C, CLAUDIO CIPEDA, and SILVANA CIPEDA,

Appellees.

_____

Appeal from the Circuit Court for Orange County.
Vincent S. Chiu, Judge.

April 16, 2024

PER CURIAM.

AFFIRMED.

NARDELLA, BROWNLEE and GANNAM, JJ., concur.

Sam Ambar, Lakeland, pro se.

David Rosenberg, of Robertson, Anschutz, Schneid, Crane & Partners, PLLC, Boca Raton, for Appellee, Deutsche Bank National Trust Company.

No Appearance for Appellees, Claudio Cipeda and Silvana Cipeda.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED